**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO. 03-CR-20685-GAYLES**

UNITED STATES OF AMERICA,
        Plaintiff,

v.

LUIS GONZALEZ-PARDO RODRIGUEZ,
        Defendant.

                                        /

### MOTION TO APPROVE SECOND-CHAIR COUNSEL

Undersigned counsel, on behalf of Mr. Luis Gonzalez-Pardo Rodriguez ("Mr. Gonzalez-Pardo"), respectfully files this Motion to Approve Second-Chair Counsel pursuant to the Criminal Justice Act Plan Mentoring Program.

1. On June 23, 2026, undersigned counsel was appointed to represent Mr. Gonzalez-Pardo pursuant to the Criminal Justice Act, 18 U.S.C. § 3006A. [ECF No. 19].

2. The CJA Mentoring Subcommittee has accepted Nora Lewis, Esq. to participate in the Mentoring Program. The CJA Mentoring Program aims to "identify and help prepare viable candidates to qualify for consideration for [future] selection to the CJA Panel." Revised Plan for Furnishing Representation Pursuant to the Criminal Justice Act, 18 U.S.C. § 3006A, section VIII.C.

3. Ms. Lewis (Florida Bar No. 115516) brings substantial criminal defense experience to Mr. Gonzalez-Pardo's case. She earned her J.D. from The George Washington University Law School and holds a Certificate in

International Human Rights Law from the University of Oxford. She served as an Assistant Public Defender with the Miami-Dade County Public Defender's Office for more than eight years, where she handled a broad range of state criminal matters at all stages of litigation. She subsequently founded Lewis Legal PLLC, where she has continued to practice criminal defense. Her background in advocacy, trial preparation, and client representation makes her well-suited to serve in this role. Ms. Lewis has previously been approved to serve in this mentee capacity in other federal criminal cases in this District.[1]

4. Ms. Lewis has completed the CJA Mentoring Program Orientation, and as part of the program, she is eligible to serve as second-chair counsel in a federal criminal case, provided both the Court and the client approve her participation.

5. Mr. Gonzalez-Pardo has met with undersigned counsel and Ms. Lewis and has provided written consent for Ms. Lewis to work on his case. He requests the Court's permission to approve her representation of him, in addition to undersigned counsel.

6. If approved, Ms. Lewis may, under the supervision of undersigned counsel, appear in court, participate in hearings and trial, meet with

---

[1] Ms. Lewis has been approved as mentee counsel in the following cases: *United States v. Nkwantabisa*, No. 24-cr-60061-DSL; *United States v. Dernier*, No. 24-cr-60162-AHS; *United States v. Jarrett*, No. 23-cr-20483-RKA; *United States v. Marrero Rodriguez*, No. 24-cr-20397-RKA; *United States v. Leguen Martinez*, No. 24-cr-20516-CMA; *United States v. Conde Infante*, No. 25-cr-20008-RKA.

Mr. Gonzalez-Pardo, conduct legal research, assist with pleadings, and perform other tasks necessary to the case.

7. Because Ms. Lewis will be providing legal services and will work as associate counsel, undersigned counsel requests that she be compensated as an "associate counsel at the rate of one-half the ordinary CJA hourly rate for work performed solely by the Mentee," pursuant to the CJA Plan, § VIII.C.5.a.

**WHEREFORE,** undersigned counsel respectfully requests that the Court grant this Motion to Approve Second-Chair Counsel and authorize compensation as permitted by the CJA Plan.

Dated: June 30, 2026

Respectfully submitted,

**STUMPHAUZER KOLAYA
& SLOMAN, PLLC**
Two South Biscayne Blvd.,
Suite 1600, Miami, FL 33131
Telephone: (305) 614-1400

*/s/ Juan J. Michelen*
Florida Bar No. 92901
jmichelen@sknlaw.com

## CERTIFICATE OF SERVICE

I certify that on June 30, 2026, I filed the foregoing document via CM/ECF, which will serve all counsel of record through the Court's electronic notification system or by other authorized means for those not receiving electronic notices.

*s/ Juan J. Michelen*