**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO. 03-CR-20685-GAYLES**

UNITED STATES OF AMERICA,

Plaintiff,

v.

LUIS GONZALEZ-PARDO RODRIGUEZ,

Defendant.
_______________________________________/

**JOINT MOTION TO VACATE CALENDAR CALL AND TRIAL SETTINGS AND SCHEDULE A STATUS CONFERENCE**

Mr. Luis Gonzalez-Pardo Rodriguez ("Mr. Gonzalez-Pardo"), through undersigned counsel and with counsel for the government, jointly move this Court to vacate the Calendar Call and Trial currently set for August 19 and August 24, 2026, respectively, and to schedule a status conference during the week of August 31, 2026.

1. On June 23, 2026, Mr. Gonzalez-Pardo appeared before Magistrate Judge Lett for his initial appearance. Undersigned counsel was appointed to represent him on that day. [ECF No. 19].
2. On July 8, 2026, the government provided an initial tranche of discovery.
3. The government has informed the defense that this case involves a voluminous amount of discovery, including classified material, legacy media and physical evidence from three decades ago, as well as reports not previously kept in electronic form.

4. Undersigned counsel have also begun the process for obtaining clearance to view and receive classified material, but it is not yet complete.
5. The requested continuance is supported by the interests of justice, and the resulting delay should be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A).

**WHEREFORE,** both parties respectfully request that this Court vacate the scheduled calendar call and trial settings and all accompanying deadlines and schedule a status conference for the week of August 31, 2026.

Dated: August 18, 2026

Respectfully submitted,

**STUMPHAUZER KOLAYA**
**& SLOMAN, PLLC**
2 South Biscayne Blvd., Suite 1600
Miami, FL 33131
Telephone: (305) 614-1400

*/s/ Juan J. Michelen*
Florida Bar No. 92901
jmichelen@skslegal.com

*/s/ Nora Lewis*
Florida Bar No. 115516
**NORA LEWIS LEGAL, PLLC**
Nora@lewislegalpllc.com

**CERTIFICATE OF SERVICE**

I certify that on August 18, 2026, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, causing a copy to be served on counsel of record.

*s/ Juan J. Michelen*