**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 03-20685-CR-GAYLES**

UNITED STATES OF AMERICA

v.

LUIS RAUL GONZALEZ-PARDO RODRIGUEZ,
Defendant.
_________________________________________/

**ORDER GRANTING JOINT MOTION TO CONTINUE TRIAL**

**THIS CAUSE** came before the Court on Defendant Luis Raul Gonzalez-Pardo Rodriguez's Unopposed Motion to Continue Trial [ECF No. 26]. The Court has considered the Motion, and being otherwise fully advised, it is

**ORDERED AND ADJUDGED** that the Motion to Continue Trial is **GRANTED**. The interests of justice served by a continuance outweigh the interests of the public and the Defendant to a speedy trial. As a result, the period of delay resulting from this continuance - *i.e.*, from the date the Motion was filed, August 18, 2026, to and including the date trial commences - is excludable under the Speedy Trial Act. *See* 18 U.S.C. § 3161(h)(7).

**THE ABOVE CAUSE** is hereby set for a **Status Conference** before the Honorable Darrin P. Gayles, United States District Judge, at **400 North Miami Avenue, Courtroom 11-1, Miami, Florida,** on **Wednesday September 2, 2026, at 10:00 a.m.**

**DONE AND ORDERED** in Chambers at Miami, Florida, on August 18, 2026.

**DARRIN P. GAYLES**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record