**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 03-20685-CR-GAYLES(s)**

**UNITED STATES OF AMERICA**

**v.**

**LUIS RAUL GONZALEZ-PARDO RODRIGUEZ**

**Defendant.**
_______________________________________________/

**UNITED STATES' UNOPPOSED MOTION**
**TO CONTINUE STATUS CONFERENCE**

The United States of America, through the undersigned Assistant United States Attorney, respectfully moves this Court to continue the Status Conference scheduled for November 4, 2026, to the following week. In support, the Government submits the following:

1. On April 23, 2026, a federal grand jury empaneled in the Southern District of Florida returned a superseding indictment against Defendant and others [ECF No. 8]. The superseding indictment charges him with Conspiracy to Kill U.S. Nationals, in violation of Title 18, United States Code, Section 2332(b)(2). Id. On June 23, 2026, Defendant had his arraignment on the above-captioned matter [ECF No. 19].

2. On September 2, 2026, this Court held a status conference and scheduled another status conference for November 4, 2026 [ECF No. 29].

3. The Government is unavailable from November 2, 2026, through November 9, 2026.

4. The undersigned Assistant United States Attorney has conferred with defense counsel, who advised they do not oppose the Government's request to continue the status conference to the following week after November 9, 2026.

5. For the reasons stated above, the United States respectfully requests that the Court reset the status conference scheduled for November 4, 2026, and set a telephonic status conference this week.

Respectfully submitted,

JASON A. REDING QUIÑONES
UNITED STATES ATTORNEY

By: */s/Abbie D. Waxman*
Abbie D. Waxman
Assistant United States Attorney
Florida Bar No. 109315
99 N.E. 4th Street
Miami, FL 33132
(305) 961-9240
Abbie.Waxman@usdoj.gov

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on October 28, 2026, I electronically filed the foregoing with the Clerk of the Court using CM/ECF.

By: */s/ Abbie D. Waxman*
Abbie D. Waxman
Assistant United States Attorney