**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO. 03-CR-20685-GAYLES**

**UNITED STATES OF AMERICA,**

**v.**

**LUIS GONZALEZ-PARDO RODRIGUEZ,**

**Defendant.**
________________________________________/

**NOTICE OF RECIPROCAL DEMAND FOR DISCLOSURE OF EXPERT WITNESS SUMMARIES**

The UNITED STATES of AMERICA, by and through undersigned counsel, files this *Notice of Reciprocal Demand for Disclosure of Expert Witness Summaries* pursuant to Fed. R. Crim. P. 16(b) and Local Rule 88.10(o)(3)(A) and (B) requiring written summaries within 14 days of the Government's reciprocal demand.

Respectfully submitted,

JASON A. REDING-QUIÑONES
UNITED STATES ATTORNEY

By: /s/ Michael Gilfarb
Michael Gilfarb
Assistant United States Attorney
Fla. Bar. No. 957836
99 N.E. 4th Street Miami, FL 33132

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on November 1, 2026, I served a copy upon counsel of record using CM/ECF.

By: /s/ Michael Gilfarb
Michael Gilfarb
Assistant US Attorney